# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | CASE NO. 2:22-CR-236 |
| | : | |
| v. | : | |
| | : | JUDGE WATSON |
| SHIHAB AHMED SHIHAB SHIHAB, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Now comes the United States of America, by and through Jessica W. Knight, and hereby moves this Court for a continuance of the sentencing hearing currently set for August 30, 2023. Counsel for the Government will be in trial before the Honorable Edmund Sargus, Jr. during the week of August 28, 2023, and likely on September 5, 2023. Defense counsel does not oppose this request.

Thus, the United States seeks a continuance of the currently scheduled sentencing hearing on August 30, 2023.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jessica W. Knight
JESSICA W. KNIGHT (0086615)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Email: Jessica.knight@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this *Unopposed Motion to Continue Sentencing Hearing* has been served using the CM/ECF system on August 8, 2023, which will send notification of such filing to counsel of record.

s/Jessica W. Knight
JESSICA W. KNIGHT (86615)
Assistant United States Attorney