UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

    Plaintiff,

v.                                                            Case No. 2:22c236

Shihab Ahmed Shihab Shihab,             Judge Michael H. Watson

    Defendant.

## ORDER

This matter is before the Court on the Government's Unopposed Motion to Continue the Sentencing (Doc. 51). Counsel for the Government will be in trial before the Honorable Edmund Sargus, Jr. For good cause shown, the Sentencing is **RESCHEDULED** for Thursday, November 2, 2023 at 2:30 p.m.

The Court finds that sentencing on this date ensures the public's interest in a sentencing within a reasonable time will still be met. Fed. R. Crim. P. 32(b)(1).

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT