**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:22cr236 |
| vs. | : | |
| SHIHAB SHIHAB | : | JUDGE WATSON |
| Defendant. | : | |

**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**

Now comes Defendant Shihab Shihab, by and through undersigned counsel and hereby requests a continuance of the sentencing hearing currently scheduled to take place on November 2, 2023. Defendant is requesting additional time with his new counsel to review the voluminous materials provided by the Government and further review the case for purposes of developing mitigating evidence. Undersigned counsel contacted Assistant United States Attorney Jessica Knight about this request for additional time and she confirmed that the Government does not object to a 60-day continuance.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the sentencing hearing be continued for a period of 60 days.

Respectfully submitted,

   /s/   Rasheeda Z. Khan
Rasheeda Z. Khan (0075054)
Peterson Conners, LLP
545 Metro Place South, Suite 435
Dublin, Ohio   43017
(614) 745-8849
rkhan@petersonconners.com
*Counsel for Defendant Shihab Shihab*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Continue was electronically served upon Jessica Knight, Assistant United States Attorney, Office of the United States Attorney, Suite 200, 85 Marconi Boulevard, Columbus, Ohio 43215; on this 26th day of October, 2023.

   /s/   Rasheeda Z. Khan
Rasheeda Z. Khan

2